Form 1-1

UNITED STATES COURT OF INTERNATIONAL TRADE          FORM 1

| WATER PIK, INC. | |
|---|---|
| Plaintiff, | **SUMMONS** |
| v. | Court No. 1-23-cv-00083 |
| UNITED STATES, Defendant. | |

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

/s/ Mario Toscano
Clerk of the Court

## PROTEST

| Port(s) of Entry: | Memphis, Tennessee | Center (if known): | Consumer Products & Mass Merchandising |
|---|---|---|---|
| Protest Number: | 200622106757 | Date Protest Filed: | June 21, 2022 |
| Importer: | Water Pik, Inc. | Date Protest Denied: | October 27, 2022 |
| Category of Merchandise: | Sonic Fusion WaterFlosser toothbrush | | |

## ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| ACN13152804 | 1/29/2021 | 12/24/2021 | | | |
| ACN13174634 | 1/27/2021 | 12/24/2021 | | | |
| | | | | | |
| | | | | | |

Robert A. Shapiro
Thompson Coburn LLP
1909 K. Street, N.W., Suite 600
Washinton, D.C. 20006
202-585-6900
rshapiro@thompsoncoburn.com
Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Sonic Fusion Water flosser toothbrush | 8424.89.900 | 25.00% Section 301 HTS Duty Rate and 1.80% HTS Duty Rate | 8509.80.5045 | 0% Section 301 HTS Duty Rate and 4.20% HTS Duty Rate |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

The decision was regarding the product classification, HTS duty rate, and amount of duties chargeable, as follows: "Based on rulings N219961 & N219968 the toothbrush/flosser item was classified properly at time of entry. For this reason, this Protest is denied." The Protest Claim was that the merchandise should be classified as 8509.80.5045 rather than 8424.89.900.

The issue which was common to all such denied protests:

The merchandise was misclassified as 8424.89.900. It should be classified as 8509.80.5045.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

_____
Signature of Plaintiff's Attorney

04/18/2023
Date

## SCHEDULE OF PROTESTS

Consumer Products & Mass Merchandising
_____
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 200622106757 | 6/21/2022 | 10/27/2022 | ACN13152804 | 1/29/2021 | 12/24/2021 | 2006 |
| 200622106757 | 6/21/2022 | 10/27/2022 | ACN13174634 | 1/27/2021 | 12/24/2021 | 2006 |
| 200622106763 | 6/29/2022 | 1/6/2023 | ACN13169485 | 2/7/2021 | 12/31/2021 | 2006 |
| 200622106763 | 6/29/2022 | 1/6/2023 | ACN13184948 | 2/23/2021 | 12/31/2021 | 2006 |
| 200622106763 | 6/29/2022 | 1/6/2023 | 70015486429 | 2/10/2021 | 1/7/2022 | 2006 |
| 200622106763 | 6/29/2022 | 1/6/2023 | ACN13184963 | 2/23/2021 | 1/7/2022 | 2006 |
| 200622106763 | 6/29/2022 | 1/6/2023 | ACN13186505 | 2/23/2021 | 1/7/2022 | 2006 |
| 200622106763 | 6/29/2022 | 1/6/2023 | ACN13186547 | 2/15/2021 | 1/7/2022 | 2006 |
| 200622106763 | 6/29/2022 | 1/6/2023 | ACN13186604 | 2/23/2021 | 1/7/2022 | 2006 |
| 200622106763 | 6/29/2022 | 1/6/2023 | ACN13196090 | 2/15/2021 | 1/7/2022 | 2006 |
| 200622106771 | 7/12/2022 | 1/6/2023 | 70015487260 | 2/22/2021 | 1/14/2002 | 2006 |
| 200622106771 | 7/12/2022 | 1/6/2023 | 70015487393 | 2/13/2021 | 1/14/2002 | 2006 |
| 200622106771 | 7/12/2022 | 1/6/2023 | 70015487401 | 2/13/2021 | 1/14/2002 | 2006 |
| 200622106771 | 7/12/2022 | 1/6/2023 | 70015487765 | 2/16/2021 | 1/14/2002 | 2006 |
| 200622106771 | 7/12/2022 | 1/6/2023 | ACN13179096 | 2/20/2021 | 1/14/2002 | 2006 |
| 200622106771 | 7/12/2022 | 1/6/2023 | ACN13180177 | 2/21/2021 | 1/14/2002 | 2006 |
| 200622106771 | 7/12/2022 | 1/6/2023 | ACN13184906 | 2/21/2021 | 1/14/2002 | 2006 |
| 200622106771 | 7/12/2022 | 1/6/2023 | ACN13184914 | 2/21/2021 | 1/14/2002 | 2006 |
| 200622106771 | 7/12/2022 | 1/6/2023 | ACN13184922 | 2/20/2021 | 1/14/2002 | 2006 |
| 200622106771 | 7/12/2022 | 1/6/2023 | ACN13193865 | 2/20/2021 | 1/14/2002 | 2006 |
| 200622106771 | 7/12/2022 | 1/6/2023 | ACN13209646 | 3/3/2021 | 1/14/2002 | 2006 |
| 200622106776 | 7/20/2022 | 1/11/2023 | ACN13192222 | 3/7/2021 | 1/21/2002 | 2006 |
| 200622106776 | 7/20/2022 | 1/11/2023 | ACN13192230 | 2/23/2021 | 1/21/2002 | 2704 |
| 200622106776 | 7/20/2022 | 1/11/2023 | ACN13199946 | 3/7/2021 | 1/21/2002 | 2006 |
| 200622106780 | 7/27/2022 | 1/11/2023 | ACN13192172 | 3/7/2021 | 1/28/2002 | 2006 |
| 200622106780 | 7/27/2022 | 1/11/2023 | ACN13192248 | 3/7/2021 | 1/28/2002 | 2006 |
| 200622106780 | 7/27/2022 | 1/11/2023 | ACN13193873 | 3/7/2021 | 1/28/2002 | 2006 |
| 200622106780 | 7/27/2022 | 1/11/2023 | ACN13199888 | 3/7/2021 | 1/28/2002 | 2006 |
| 200622106780 | 7/27/2022 | 1/11/2023 | ACN13204159 | 3/2/2021 | 1/28/2002 | 2006 |
| 200622106786 | 8/2/2022 | 1/6/2023 | ACN13198476 | 3/9/2021 | 2/4/2022 | 2006 |
| 200622106786 | 8/2/2022 | 1/6/2023 | ACN13199466 | 3/9/2021 | 2/4/2022 | 2006 |
| 200622106786 | 8/2/2022 | 1/6/2023 | ACN13199474 | 3/9/2021 | 2/4/2022 | 2006 |
| 200622106786 | 8/2/2022 | 1/6/2023 | ACN13211816 | 4/4/2021 | 2/4/2022 | 2006 |
| 200622106786 | 8/2/2022 | 1/6/2023 | ACN13211998 | 4/9/2021 | 2/4/2022 | 2006 |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021.)

## SCHEDULE OF PROTESTS (cont'd)

Consumer Products & Mass Merchandising
_____
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 200622106786 | 8/2/2022 | 1/6/2023 | ACN13212004 | 4/16/2021 | 2/4/2022 | 2006 |
| 200622106786 | 8/2/2022 | 1/6/2023 | ACN13217805 | 3/10/2021 | 2/4/2022 | 2006 |
| 200622106786 | 8/2/2022 | 1/6/2023 | ACN13203912 | 3/21/2021 | 2/11/2022 | 2006 |
| 200622106786 | 8/2/2022 | 1/6/2023 | ACN13211782 | 3/21/2021 | 2/11/2022 | 2006 |
| 200622106786 | 8/2/2022 | 1/6/2023 | ACN13211980 | 3/21/2021 | 2/11/2022 | 2006 |
| 200622106786 | 8/2/2022 | 1/6/2023 | ACN13212012 | 3/21/2021 | 2/11/2022 | 2006 |
| 200622106786 | 8/2/2022 | 1/6/2023 | ACN13212046 | 3/21/2021 | 2/11/2022 | 2006 |
| 200622106786 | 8/2/2022 | 1/6/2023 | ACN13231095 | 4/15/2021 | 2/11/2022 | 2006 |
| 200622106796 | 8/17/2022 | 1/6/2023 | ACN13218514 | 04/18/2021 | 02/18/2022 | 2006 |
| 200622106796 | 8/17/2022 | 1/6/2023 | ACN13218530 | 04/22/2021 | 02/18/2022 | 2006 |
| 200622106796 | 8/17/2022 | 1/6/2023 | ACN13230212 | 04/14/2021 | 02/25/2022 | 2006 |
| 200622106796 | 8/17/2022 | 1/6/2023 | ACN13239361 | 04/20/2021 | 02/25/2022 | 2006 |
| 200622106796 | 8/17/2022 | 1/6/2023 | ACN13220791 | 03/31/2021 | 02/25/2022 | 2006 |
| 200622106796 | 8/17/2022 | 1/6/2023 | ACN13235526 | 04/08/2021 | 03/04/2022 | 2006 |
| 200622106796 | 8/17/2022 | 1/6/2023 | ACN13235575 | 04/10/2021 | 03/04/2022 | 2006 |
| 200622106796 | 8/17/2022 | 1/6/2023 | ACN13237902 | 04/23/2021 | 03/04/2022 | 2006 |
| 200622106796 | 8/17/2022 | 1/6/2023 | ACN13237910 | 04/23/2021 | 03/04/2022 | 2006 |
| 200622106796 | 8/17/2022 | 1/6/2023 | ACN13245574 | 05/19/2021 | 03/04/2022 | 2006 |
| 200622106796 | 8/17/2022 | 1/6/2023 | ACN13245657 | 05/03/2021 | 03/04/2022 | 2006 |
| 200622106809 | 9/7/2022 | 1/6/2023 | ACN13241243 | 4/14/2021 | 3/11/2022 | 2006 |
| 200622106809 | 9/7/2022 | 1/6/2023 | ACN13241268 | 5/5/2021 | 3/11/2022 | 2006 |
| 200622106809 | 9/7/2022 | 1/6/2023 | ACN13248271 | 4/19/2021 | 3/11/2022 | 2006 |
| 200622106809 | 9/7/2022 | 1/6/2023 | ACN13248289 | 4/18/2021 | 3/11/2022 | 2006 |
| 200622106809 | 9/7/2022 | 1/6/2023 | ACN13248255 | 4/20/2021 | 3/18/2022 | 2006 |
| 200622106809 | 9/7/2022 | 1/6/2023 | ACN13253081 | 5/9/2021 | 3/18/2022 | 2006 |
| 200622106809 | 9/7/2022 | 1/6/2023 | ACN13253107 | 5/9/2021 | 3/18/2022 | 2006 |
| 200622106809 | 9/7/2022 | 1/6/2023 | ACN13253115 | 5/9/2021 | 3/18/2022 | 2006 |
| 200622106809 | 9/7/2022 | 1/6/2023 | ACN13256852 | 5/9/2021 | 3/18/2022 | 2006 |
| 200622106809 | 9/7/2022 | 1/6/2023 | ACN13256860 | 5/9/2021 | 3/18/2022 | 2006 |
| 200622106809 | 9/7/2022 | 1/6/2023 | ACN13253016 | 4/28/2021 | 3/25/2022 | 2006 |
| 200622106809 | 9/7/2022 | 1/6/2023 | ACN13279938 | 4/28/2021 | 3/25/2022 | 3403 |
| 200622106809 | 9/7/2022 | 1/6/2023 | ACN13243777 | 5/5/2021 | 4/1/2022 | 2006 |
| 200622106809 | 9/7/2022 | 1/6/2023 | ACN13252877 | 5/4/2021 | 4/1/2022 | 2006 |
| 200622106809 | 9/7/2022 | 1/6/2023 | ACN13252885 | 5/4/2021 | 4/1/2022 | 2006 |
| 200622106809 | 9/7/2022 | 1/6/2023 | ACN13254675 | 5/9/2021 | 4/1/2022 | 2006 |
| 200622106809 | 9/7/2022 | 1/6/2023 | ACN13261001 | 5/19/2021 | 4/1/2022 | 2006 |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021.)

## SCHEDULE OF PROTESTS (cont'd)

Consumer Products &
Mass Merchandising
_____
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 200622106843 | 10/5/2022 | 1/11/2023 | ACN13260920 | 05/15/2021 | 04/08/2022 | 2006 |
| 200622106843 | 10/5/2022 | 1/11/2023 | ACN13265788 | 05/27/2021 | 04/08/2022 | 2006 |
| 200622106843 | 10/5/2022 | 1/11/2023 | ACN13265804 | 05/27/2021 | 04/08/2022 | 2006 |
| 200622106843 | 10/5/2022 | 1/11/2023 | ACN13265812 | 05/27/2021 | 04/08/2022 | 2006 |
| 200622106843 | 10/5/2022 | 1/11/2023 | ACN13278195 | 06/17/2021 | 04/08/2022 | 2006 |
| 200622106846 | 10/7/2022 | 1/6/2023 | ACN13272578 | 05/22/2021 | 4/15/2022 | 2006 |
| 200622106846 | 10/7/2022 | 1/6/2023 | ACN13276496 | 05/20/2021 | 4/15/2022 | 2006 |
| 200622106846 | 10/7/2022 | 1/6/2023 | ACN13278229 | 06/28/2021 | 4/15/2022 | 2006 |
| 200622106846 | 10/7/2022 | 1/6/2023 | ACN13261027 | 05/31/2021 | 4/22/2022 | 2006 |
| 200622106846 | 10/7/2022 | 1/6/2023 | ACN13282536 | 06/21/2021 | 4/22/2022 | 2006 |
| 200622106846 | 10/7/2022 | 1/6/2023 | ACN13290521 | 06/21/2021 | 4/22/2022 | 2006 |
| 200622106846 | 10/7/2022 | 1/6/2023 | ACN13290539 | 06/21/2021 | 4/22/2022 | 2006 |
| 200622106846 | 10/7/2022 | 1/6/2023 | ACN13290562 | 06/21/2021 | 4/22/2022 | 2006 |
| 200622106846 | 10/7/2022 | 1/6/2023 | ACN13272677 | 06/06/2021 | 4/29/2022 | 2006 |
| 200622106846 | 10/7/2022 | 1/6/2023 | ACN13290554 | 06/07/2021 | 4/29/2022 | 2006 |
| 200622106869 | 11/1/2022 | 1/11/2023 | ACN13282494 | 6/8/2021 | 5/6/2022 | 2006 |
| 200622106869 | 11/1/2022 | 1/11/2023 | ACN13299688 | 7/3/2021 | 5/13/2022 | 2006 |
| 200622106869 | 11/1/2022 | 1/11/2023 | ACN13282551 | 6/23/2021 | 5/20/2022 | 2006 |
| 200622106923 | 11/21/2022 | 1/6/2023 | ACN13296882 | 6/28/2021 | 5/27/2022 | 2006 |
| 200622106923 | 11/21/2022 | 1/6/2023 | ACN13314768 | 7/23/2021 | 5/27/2022 | 2006 |
| 200622106923 | 11/21/2022 | 1/6/2023 | ACN13298375 | 7/6/2021 | 6/3/2022 | 2006 |
| 200622106923 | 11/21/2022 | 1/6/2023 | ACN13312853 | 7/7/2021 | 6/3/2022 | 2006 |
| 200622106923 | 11/21/2022 | 1/6/2023 | ACN13312861 | 7/9/2021 | 6/3/2022 | 2006 |
| 200622106923 | 11/21/2022 | 1/6/2023 | ACN13312879 | 7/7/2021 | 6/3/2022 | 2006 |
| 200622106951 | 12/6/2022 | 1/5/2023 | ACN13312846 | 7/17/2021 | 6/10/2022 | 2006 |
| 200622106951 | 12/6/2022 | 1/5/2023 | ACN13333743 | 7/29/2021 | 6/24/2022 | 2006 |
| 200622106951 | 12/6/2022 | 1/5/2023 | ACN13326143 | 8/9/2021 | 7/1/2022 | 2006 |
| 200622106951 | 12/6/2022 | 1/5/2023 | ACN13333750 | 8/7/2021 | 7/1/2022 | 2006 |
| 200622106951 | 12/6/2022 | 1/5/2023 | ACN13339807 | 8/27/2021 | 7/1/2022 | 2006 |
| 200622106951 | 12/6/2022 | 1/5/2023 | ACN13346034 | 8/25/2021 | 7/1/2022 | 2006 |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021.)