UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| WATER PIK, INC.,<br><br>        Plaintiff,<br><br>   v.<br><br>UNITED STATES,<br><br>        Defendant. | Court No. 23-00083 |

## STIPULATED JUDGMENT ON AGREED STATEMENT OF FACTS

This action, as prescribed by Rule 58.1 of the Rules of the United States Court of International Trade, is stipulated for judgment on the following agreed statement of facts in which the parties agree that:

1. The protests and the action involved herein were filed within the time provided by law, and all liquidated duties, charges or exactions have been paid prior to the filing of the summons.

2. The imported merchandise covered by the entries set forth on Schedule A, attached, consists of various models of electromechanical oral hygiene devices that Water Pik imported from the People's Republic of China. These devices are broadly grouped into three categories: 1) devices with only a water flosser unit, 2) devices with an electric toothbrush unit with an incorporated water flossing function, and 3) devices with a water flosser and an electric toothbrush in two distinct units. All models are for domestic use and weigh less than 1 kilogram. The specific models covered by each entry are set forth on the Schedule A.

3. The imported merchandise was classified by U.S. Customs and Border Protection or its predecessors primarily as "Mechanical appliances (whether or not hand operated) for

projecting, dispersing or spraying liquids or powders [ . . . ]: Other appliances: Other," under subheading 8424.89.90, of the Harmonized Tariff Schedule of the United States ("HTSUS"), at a rate of 1.8% *ad valorem*, and secondarily under heading 9903.88.02, HTSUS, pursuant to Section 301 of the Trade Expansion Act of 1974, Pub. L. 93–618, 19 U.S.C. § 2411 ("Section 301") at a rate of 25% *ad valorem*.

4.    The stipulable imported merchandise is classifiable as "Electromechanical domestic appliances, with self-contained electric motor [ . . . ]: Other appliances: Other," under subheading 8509.80.50, HTSUS, at a regular duty rate of 4.2% *ad valorem*, and without an assessment of Section 301 duties.

5.    The imported merchandise, covered by the entries set forth on the attached Schedule A, is stipulable in accordance with this agreement.

6.    Any refunds payable by reason of this judgment are to be paid with any interest provided for by law.

7.    All other claims and non-stipulable entries are abandoned.

8.    Each party will bear its own costs and attorney's fees.

Respectfully submitted,

By: /s/
Attorney for Plaintiff
Robert Shapiro
202.585.6926
rshapiro@thompsoncoburn.com
Thompson Coburn LLP
1909 K Street N.W., Suite 600
Washington, D.C. 20006

Stipulated Judgment On Agreed Statement Of Facts, Court No. 1:23-cv-00083 (continued)

                                        BRIAN M. BOYNTON
                                        Principal Deputy Assistant Attorney General

                                        PATRICIA M. McCARTHY
                                        Director

By: _____ 6/4/2024
        JUSTIN R. MILLER
        Attorney-In-Charge
        International Trade Field Office

        _____
        ALEXANDER VANDERWEIDE
        Senior Trial Counsel
        Department of Justice, Civil Division
        Commercial Litigation Branch
        26 Federal Plaza, Room 346
        New York, New York 10278
        Attorneys for Defendant
        (212) 264-0482 or 9230

IT IS HEREBY ORDERED that this action is decided and this final judgment is to be entered by the Clerk of the Court; the appropriate U.S. Customs and Border Protection officials shall reliquidate the entries and make refund in accordance with the stipulation of the parties set forth above.

                            By: _____
                                             Judge

Date: _____

## SCHEDULE A TO STIPULATED JUDGMENT

| Protest No. | Entry No. | Line # | Model Nos. | Full Product Name |
|---|---|---|---|---|
| 200622106757** | ACN13152804* | 1 | SF-03W010-1 | Sonic-Fusion® 2.0, White with Chrome |
| 200622106757** | ACN13174634* | 1 | SF-03W010-1 | Sonic-Fusion® 2.0, White with Chrome |
| 200622106763 | ACN13169485* | 1 | SF-03W010-1 | Sonic-Fusion® 2.0, White with Chrome |
| 200622106763 | ACN13184948* | 1 | SF-04CD012-4 | Sonic-Fusion® 2.0 Professional, Black |
| 200622106763 | ACN13184948* | 2 | WF-11W010-1, WF-12CD010-1 | ION Cordless Water Flosser, White; ION Professional Cordless Water Flosser (White) |
| 200622106763 | 70015486429 | 1 | SF-01W020-1 | Sonic-Fusion®, White with Chrome |
| 200622106763 | ACN13184963 | 1 | SF-03W030-1 | Waterpik Sonic Fusion 2.0 Flossing Toothbrush (Costco PN) |
| 200622106763 | ACN13186505 | 1 | SF-03W030-1 | Waterpik Sonic Fusion 2.0 Flossing Toothbrush (Costco PN) |
| 200622106763 | ACN13186547 | 1 | SF-03W030-1 | Waterpik Sonic Fusion 2.0 Flossing Toothbrush (Costco PN) |
| 200622106763 | ACN13186604 | 1 | SF-03W030-1 | Waterpik Sonic Fusion 2.0 Flossing Toothbrush (Costco PN) |
| 200622106763 | ACN13186604 | 2 | WF-12CD012-4 | Black ION Professional Cordless Water Flosser |
| 200622106763 | ACN13196090 | 1 | SF-01W022-2 | Sonic-Fusion®, Black with Chrome |
| 200622106763 | ACN13196090 | 4 | SF-03W030-1 | Waterpik Sonic Fusion 2.0 Flossing Toothbrush (Costco PN) |
| 200622106771 | 70015487260 | 1 | SF-01W020-1 | Sonic-Fusion®, White with Chrome |
| 200622106771 | 70015487393 | 1 | SF-01W020-1 | Sonic-Fusion®, White with Chrome |
| 200622106771 | 70015487401 | 1 | SF-01W020-1 | Sonic-Fusion®, White with Chrome |
| 200622106771 | 70015487765 | 1 | SF-01W020-1 | Sonic-Fusion®, White with Chrome |
| 200622106771 | ACN13179096 | 1 | SF-04CD010-1, WF-12CD012-4, WF-12CD010-1 | Sonic-Fusion® 2.0 Professional, White with Chrome; Black ION Professional Cordless Water Flosser; ION Professional Cordless Water Flosser (White) |
| 200622106771 | ACN13179096 | 2 | WF-12CD010-1, WF-12CD012-4 | ION Professional Cordless Water Flosser (White); Black ION Professional Cordless Water Flosser |
| 200622106771 | ACN13180177 | 1 | SF-04CD010-1, SF-04CD012-4 | Sonic-Fusion® 2.0 Professional, White with Chrome; Sonic-Fusion® 2.0 Professional, Black |
| 200622106771 | ACN13184906 | 1 | SF-03W030-1 | Waterpik Sonic Fusion 2.0 Flossing Toothbrush (Costco PN) |
| 200622106771 | ACN13184914 | 1 | SF-03W030-1 | Waterpik Sonic Fusion 2.0 Flossing Toothbrush (Costco PN) |
| 200622106771 | ACN13184922 | 1 | SF-03W030-1 | Waterpik Sonic Fusion 2.0 Flossing Toothbrush (Costco PN) |
| 200622106771 | ACN13193865 | 2 | SF-04CD010-1 | Sonic-Fusion® 2.0 Professional, White with Chrome |
| 200622106771 | ACN13193865 | 1 | WF-04CD010-1 | Sidekick® Water Flosser, White with Chrome |
| 200622106771 | ACN13193865 | 3 | SF-04CD010-1 | Sonic-Fusion® 2.0 Professional, White with Chrome |
| 200622106771 | ACN13209646 | 1 | SF-03W030-1 | Waterpik Sonic Fusion 2.0 Flossing Toothbrush (Costco PN) |
| 200622106776 | ACN13192222 | 1 | SF-03W030-1 | Waterpik Sonic Fusion 2.0 Flossing Toothbrush (Costco PN) |

1

| Protest No. | Entry No. | Line # | Model Nos. | Full Product Name |
|---|---|---|---|---|
| 200622106776 | ACN13192230 | 1 | SF-03W030-1 | Waterpik Sonic Fusion 2.0 Flossing Toothbrush (Costco PN) |
| 200622106776 | ACN13192230 | 2 | SF-01W020-1 | Sonic-Fusion®, White with Chrome |
| 200622106776 | ACN13199946 | 1 | SF-01W020-1 | Sonic-Fusion®, White with Chrome |
| 200622106776 | ACN13199946 | 2 | SF-04CD012-4 | Sonic-Fusion® 2.0 Professional, Black |
| 200622106776 | ACN13199946 | 3 | WF-04CD012-3 | Sidekick® Water Flosser, Black with Copper |
| 200622106780 | ACN13192172 | 1 | SF-03W030-1 | Waterpik Sonic Fusion 2.0 Flossing Toothbrush (Costco PN) |
| 200622106780 | ACN13192248 | 1 | SF-04CD010-1 | Sonic-Fusion® 2.0 Professional, White with Chrome |
| 200622106780 | ACN13193873 | 1 | SF-04CD012-4 | Sonic-Fusion® 2.0 Professional, Black |
| 200622106780 | ACN13193873 | 2 | SF-01W020-1 | Sonic-Fusion®, White with Chrome |
| 200622106780 | ACN13199888 | 1 | SF-03W030-1 | Waterpik Sonic Fusion 2.0 Flossing Toothbrush (Costco PN) |
| 200622106780 | ACN13204159 | 1 | SF-04CD012-4, SF-04CD010-1 | Sonic-Fusion® 2.0 Professional, Black; Sonic-Fusion® 2.0 Professional, White with Chrome |
| 200622106780 | ACN13204159 | 2 | SF-01W020-1 | Sonic-Fusion®, White with Chrome |
| 200622106786 | ACN13198476 | 1 | SF-03W030-1 | Waterpik Sonic Fusion 2.0 Flossing Toothbrush (Costco PN) |
| 200622106786 | ACN13199466 | 1 | SF-03W030-1 | Waterpik Sonic Fusion 2.0 Flossing Toothbrush (Costco PN) |
| 200622106786 | ACN13199474 | 1 | SF-03W030-1 | Waterpik Sonic Fusion 2.0 Flossing Toothbrush (Costco PN) |
| 200622106786 | ACN13211816 | 1 | SF-01W020-1 | Sonic-Fusion®, White with Chrome |
| 200622106786 | ACN13211998 | 1 | SF-03W030-1 | Waterpik Sonic Fusion 2.0 Flossing Toothbrush (Costco PN) |
| 200622106786 | ACN13212004 | 1 | SF-03W030-1 | Waterpik Sonic Fusion 2.0 Flossing Toothbrush (Costco PN) |
| 200622106786 | ACN13217805 | 1 | SF-03W030-1 | Waterpik Sonic Fusion 2.0 Flossing Toothbrush (Costco PN) |
| 200622106786 | ACN13203912 | 1 | SF-04CD010-1 | Sonic-Fusion® 2.0 Professional, White with Chrome |
| 200622106786 | ACN13211782 | 1 | SF-03W030-1 | Waterpik Sonic Fusion 2.0 Flossing Toothbrush (Costco PN) |
| 200622106786 | ACN13211980 | 1 | SF-03W030-1 | Waterpik Sonic Fusion 2.0 Flossing Toothbrush (Costco PN) |
| 200622106786 | ACN13212012 | 1 | SF-03W030-1 | Waterpik Sonic Fusion 2.0 Flossing Toothbrush (Costco PN) |
| 200622106786 | ACN13212046 | 1 | SF-03W030-1 | Waterpik Sonic Fusion 2.0 Flossing Toothbrush (Costco PN) |
| 200622106786 | ACN13212046 | 2 | SF-01W020-1 | Sonic-Fusion®, White with Chrome |
| 200622106786 | ACN13231095 | 1 | SF-03W030-1 | Waterpik Sonic Fusion 2.0 Flossing Toothbrush (Costco PN) |
| 200622106796 | ACN13218514 | 1 | SF-03W030-1 | Waterpik Sonic Fusion 2.0 Flossing Toothbrush (Costco PN) |
| 200622106796 | ACN13218530 | 1 | SF-03W030-1 | Waterpik Sonic Fusion 2.0 Flossing Toothbrush (Costco PN) |

| Protest No. | Entry No. | Line # | Model Nos. | Full Product Name |
|---|---|---|---|---|
| 200622106796 | ACN13220791 | 1 | WF-03CD012, WF-02EU011, WP-260W, WP-560CD, WP-562ME, WP-72C, WP-673CD, WP-861W | Cordless Freedom Water Flosser; Cordless Express Oral Irrigator WF-02EU, White; Water Flosser For Kids; White Cordless Advanced 2.0 Water Flosser; Black Cordless Advanced 2.0 Water Flosser; Waterpik® Classic Professional Water Flosser; Classic Blue Aquarius® Professional Water Flosser; Complete Care 5.0 White |
| 200622106796 | ACN13220791 | 2 | WP-560CD | White Cordless Advanced 2.0 Water Flosser |
| 200622106796 | ACN13220791 | 3 | WF-06W010 | Whitening Water Flosser |
| 200622106796 | ACN13220791 | 4 | WP-06W010 | Whitening Water Flosser |
| 200622106796 | ACN13230212 | 1 | SF-03W030-1 | Waterpik Sonic Fusion 2.0 Flossing Toothbrush (Costco PN) |
| 200622106796 | ACN13239361 | 1 | SF-03W030-1 | Waterpik Sonic Fusion 2.0 Flossing Toothbrush (Costco PN) |
| 200622106796 | ACN13235526 | 2 | SF-03W030-1 | Waterpik Sonic Fusion 2.0 Flossing Toothbrush (Costco PN) |
| 200622106796 | ACN13235526 | 1 | WF-11W010-1 | ION Cordless Water Flosser, White |
| 200622106796 | ACN13235575 | 2 | SF-04CD010-1 | Sonic-Fusion® 2.0 Professional, White with Chrome |
| 200622106796 | ACN13235575 | 1 | WF-11W010-1 | ION Cordless Water Flosser, White |
| 200622106796 | ACN13237902 | 1 | SF-03W030-1 | Waterpik Sonic Fusion 2.0 Flossing Toothbrush (Costco PN) |
| 200622106796 | ACN13237910 | 1 | SF-03W030-1 | Waterpik Sonic Fusion 2.0 Flossing Toothbrush (Costco PN) |
| 200622106796 | ACN13245574 | 1 | SF-04CD010-1 | Sonic-Fusion® 2.0 Professional, White with Chrome |
| 200622106796 | ACN13245574 | 2 | WF-12CD012-4 | Black ION Professional Cordless Water Flosser |
| 200622106796 | ACN13245657 | 1 | SF-03W030-1 | Waterpik Sonic Fusion 2.0 Flossing Toothbrush (Costco PN) |
| 200622106809 | ACN13241243 | 1 | SF-03W040-1 | Sonic-Fusion® 2.0, White with Chrome (Costco.com) |
| 200622106809 | ACN13241268 | 1 | SF-03W030-1 | Waterpik Sonic Fusion 2.0 Flossing Toothbrush (Costco PN) |
| 200622106809 | ACN13248271 | 1 | SF-03W030-1 | Waterpik Sonic Fusion 2.0 Flossing Toothbrush (Costco PN) |
| 200622106809 | ACN13248271 | 2 | WF-11W010-1 | ION Cordless Water Flosser, White |
| 200622106809 | ACN13248271 | 3 | WF-12CD010-1 | ION Professional Cordless Water Flosser (White) |
| 200622106809 | ACN13248289 | 1 | SF-04CD010-1 | Sonic-Fusion® 2.0 Professional, White with Chrome |
| 200622106809 | ACN13248255 | 1 | SF-03W030-1 | Waterpik Sonic Fusion 2.0 Flossing Toothbrush (Costco PN) |
| 200622106809 | ACN13253081 | 1 | SF-03W030-1 | Waterpik Sonic Fusion 2.0 Flossing Toothbrush (Costco PN) |
| 200622106809 | ACN13253107 | 1 | SF-03W030-1 | Waterpik Sonic Fusion 2.0 Flossing Toothbrush (Costco PN) |
| 200622106809 | ACN13253115 | 1 | SF-03W030-1 | Waterpik Sonic Fusion 2.0 Flossing Toothbrush (Costco PN) |
| 200622106809 | ACN13256852 | 1 | SF-03W030-1, SF-04CD012-4 | Waterpik Sonic Fusion 2.0 Flossing Toothbrush (Costco PN); Sonic-Fusion® 2.0 Professional, Black |

| Protest No. | Entry No. | Line # | Model Nos. | Full Product Name |
|---|---|---|---|---|
| 200622106809 | ACN13256852 | 2 | SF-03W040-1 | Sonic-Fusion® 2.0, White with Chrome (Costco.com) |
| 200622106809 | ACN13256852 | 3 | CC-01CD010-1 | Complete Care 9.0, White with Chrome |
| 200622106809 | ACN13256860 | 1 | SF-03W030-1 | Waterpik Sonic Fusion 2.0 Flossing Toothbrush (Costco PN) |
| 200622106809 | ACN13253016 | 1 | SF-04CD012-4, SF-04CD010-1, SF-03W030-1 | Sonic-Fusion® 2.0 Professional, Black; Sonic-Fusion® 2.0 Professional, White with Chrome; Waterpik Sonic Fusion 2.0 Flossing Toothbrush (Costco PN) |
| 200622106809 | ACN13279938 | 1 | SF-03W040-1 | Sonic-Fusion® 2.0, White with Chrome (Costco.com) |
| 200622106809 | ACN13279938 | 2 | SF-04CD010-1 | Sonic-Fusion® 2.0 Professional, White with Chrome |
| 200622106809 | ACN13243777 | 2 | SF-03W030-1 | Waterpik Sonic Fusion 2.0 Flossing Toothbrush (Costco PN) |
| 200622106809 | ACN13243777 | 4 | WF-11W012-2 | ION Cordless Water Flosser, Black |
| 200622106809 | ACN13243777 | 5 | WF-11W010-1 | ION Cordless Water Flosser, White |
| 200622106809 | ACN13252877 | 1 | SF-03W030-1 | Waterpik Sonic Fusion 2.0 Flossing Toothbrush (Costco PN) |
| 200622106809 | ACN13252885 | 1 | SF-03W040-1 | Sonic-Fusion® 2.0, White with Chrome (Costco.com) |
| 200622106809 | ACN13254675 | 1 | SF-04CD010-1 | Sonic-Fusion® 2.0 Professional, White with Chrome |
| 200622106809 | ACN13254675 | 2 | WF-04CD012-3 | Sidekick® Water Flosser, Black with Copper |
| 200622106809 | ACN13261001 | 1 | SF-04CD012-4 | Sonic-Fusion® 2.0 Professional, Black |
| 200622106843 | ACN13260920 | 1 | SF-04CD010-1 | Sonic-Fusion® 2.0 Professional, White with Chrome |
| 200622106843 | ACN13260920 | 2 | CC-01CD010-1 | Complete Care 9.0, White with Chrome |
| 200622106843 | ACN13265788 | 1 | SF-03W030-1 | Waterpik Sonic Fusion 2.0 Flossing Toothbrush (Costco PN) |
| 200622106843 | ACN13265804 | 1 | SF-03W030-1 | Waterpik Sonic Fusion 2.0 Flossing Toothbrush (Costco PN) |
| 200622106843 | ACN13265812 | 1 | SF-04CD012-4 | Sonic-Fusion® 2.0 Professional, Black |
| 200622106843 | ACN13265812 | 2 | CC-01CD010-1 | Complete Care 9.0, White with Chrome |
| 200622106843 | ACN13278195 | 1 | SF-04CD010-1 | Sonic-Fusion® 2.0 Professional, White with Chrome |
| 200622106846 | ACN13272578 | 1 | SF-04CD010-1, SF-04CD012-4, SF-03W030-1, SF-03W042-2 | Sonic-Fusion® 2.0 Professional, White with Chrome; Sonic-Fusion® 2.0 Professional, Black; Waterpik Sonic Fusion 2.0 Flossing Toothbrush (Costco PN); Sonic-Fusion® 2.0, Black |
| 200622106846 | ACN13276496 | 1 | SF-03W010-1, SF-03W012-2 | Sonic-Fusion® 2.0, White with Chrome; Sonic-Fusion® 2.0, Black with Chrome |
| 200622106846 | ACN13278229 | 1 | SF-04CD010-1 | Sonic-Fusion® 2.0 Professional, White with Chrome |
| 200622106846 | ACN13261027 | 1 | SF-03W042-2 | Sonic-Fusion® 2.0, Black |
| 200622106846 | ACN13261027 | 2 | CC-01CD010-1 | Complete Care 9.0, White with Chrome |
| 200622106846 | ACN13261027 | 3 | SF-03W032-2 | Sonic-Fusion® 2.0, Black with Chrome (Costco.com) |
| 200622106846 | ACN13282536 | 1 | SF-04CD012-4, SF-03W040-1 | Sonic-Fusion® 2.0 Professional, Black; Sonic-Fusion® 2.0, White with Chrome (Costco.com) |

4

| Protest No. | Entry No. | Line # | Model Nos. | Full Product Name |
|---|---|---|---|---|
| 200622106846 | ACN13282536 | 2 | SF-03W022-2, SF-03W020-1 | Sonic-Fusion® 2.0, Black with Chrome (QVC); Sonic-Fusion® 2.0, White with Chrome (QVC) |
| 200622106846 | ACN13290521 | 1 | SF-03W030-1 | Waterpik Sonic Fusion 2.0 Flossing Toothbrush (Costco PN) |
| 200622106846 | ACN13290539 | 1 | SF-03W030-1 | Waterpik Sonic Fusion 2.0 Flossing Toothbrush (Costco PN) |
| 200622106846 | ACN13290562 | 1 | SF-04CD012-4 | Sonic-Fusion® 2.0 Professional, Black |
| 200622106846 | ACN13290562 | 2 | CC-01CD010-1 | Complete Care 9.0, White with Chrome |
| 200622106846 | ACN13272677 | 1 | SF-03W030-1 | Waterpik Sonic Fusion 2.0 Flossing Toothbrush (Costco PN) |
| 200622106846 | ACN13290554 | 1 | SF-04CD010-1 | Sonic-Fusion® 2.0 Professional, White with Chrome |
| 200622106869 | ACN13282494 | 4 | SF-04CD010-1, SF-03W012-2, SF-03W032-2, SF-03W042-2, SF-04CD012-4, SF-03W040-1 | Sonic-Fusion® 2.0 Professional, White with Chrome; Sonic-Fusion® 2.0, Black with Chrome; Sonic-Fusion® 2.0, Black with Chrome (Costco.com); Sonic-Fusion® 2.0, Black; Sonic-Fusion® 2.0 Professional, Black; Sonic-Fusion® 2.0, White with Chrome (Costco.com) |
| 200622106869 | ACN13282494 | 2 | WF-04CD012-3 | Sidekick® Water Flosser, Black with Copper |
| 200622106869 | ACN13299688 | 1 | SF-03W030-1, CC-01CD010-1, CC-01CD012-2 | Waterpik Sonic Fusion 2.0 Flossing Toothbrush (Costco PN); Complete Care 9.0, White with Chrome; Complete Care 9.0, Black with Chrome |
| 200622106869 | ACN13282551 | 1 | SF-03W030-1 | Waterpik Sonic Fusion 2.0 Flossing Toothbrush (Costco PN) |
| 200622106923 | ACN13296882 | 1 | SF-03W030-1 | Waterpik Sonic Fusion 2.0 Flossing Toothbrush (Costco PN) |
| 200622106923 | ACN13314768 | 1 | SF-03W030-1 | Waterpik Sonic Fusion 2.0 Flossing Toothbrush (Costco PN) |
| 200622106923 | ACN13298375 | 1 | SF-03W010-1 | Sonic-Fusion® 2.0, White with Chrome |
| 200622106923 | ACN13298375 | 2 | CC-01CD012-2 | Complete Care 9.0, Black with Chrome |
| 200622106923 | ACN13312853 | 1 | SF-03W030-1 | Waterpik Sonic Fusion 2.0 Flossing Toothbrush (Costco PN) |
| 200622106923 | ACN13312861 | 2 | SF-04W010-1, SF-03W010-1, WF-04CD010-1 | Sonic-Fusion® 2.0 Professional, White Professional Display Kit; Sonic-Fusion® 2.0, White with Chrome; Sidekick® Water Flosser, White with Chrome |
| 200622106923 | ACN13312879 | 1 | SF-03W030-1 | Waterpik Sonic Fusion 2.0 Flossing Toothbrush (Costco PN) |
| 200622106951 | ACN13312846 | 1 | SF-04CD012-4 | Sonic-Fusion® 2.0 Professional, Black |
| 200622106951 | ACN13333743 | 2 | SF-03W010-1, SF-03W042-2, SF-03W040-1 | Sonic-Fusion® 2.0, White with Chrome; Sonic-Fusion® 2.0, Black; Sonic-Fusion® 2.0, White with Chrome (Costco.com) |
| 200622106951 | ACN13333743 | 1 | CC-01CD010-1, CC-01CD012-2 | Complete Care 9.0, White with Chrome; Complete Care 9.0, Black with Chrome |
| 200622106951 | ACN13326143 | 1 | SF-03W030-1 | Waterpik Sonic Fusion 2.0 Flossing Toothbrush (Costco PN) |

| Protest No. | Entry No. | Line # | Model Nos. | Full Product Name |
|---|---|---|---|---|
| 200622106951 | ACN13333750 | 1 | SF-04CD012-4 | Sonic-Fusion® 2.0 Professional, Black |
| 200622106951 | ACN13333750 | 2 | SF-03W040-1 | Sonic-Fusion® 2.0, White with Chrome (Costco.com) |
| 200622106951 | ACN13339807 | 5 | SF-03W012-2, SF-03W030-1 | Sonic-Fusion® 2.0, Black with Chrome; Waterpik Sonic Fusion 2.0 Flossing Toothbrush (Costco PN) |
| 200622106951 | ACN13339807 | 2 | CC-01CD010-1 | Complete Care 9.0, White with Chrome |
| 200622106951 | ACN13346034 | 5 | SF-04CD012-4, SF-04CD010-1 | Sonic-Fusion® 2.0 Professional, Black; Sonic-Fusion® 2.0 Professional, White with Chrome |
| 200622106951 | ACN13346034 | 2 | WF-12CD012-4 | Black ION Professional Cordless Water Flosser |
| 200622106951 | ACN13346034 | 3 | WF-12CD012-4 | Black ION Professional Cordless Water Flosser |

\* All claims arising from Entry Nos. ACN13152804, ACN13174634, ACN13169485 and ACN13184948 are abandoned.

\*\* Protest No. 200622106757 is not valid and is abandoned.

6